_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

**OCT 23 2017**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **MJ 17 - 442** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATIONS |
| OMAR ABDULLAH, and ABDIRASHID HARET, | |
| Defendants. | |

BEFORE, United States Magistrate Judge, James P. Donohue, Seattle, Washington.

The undersigned complainant, Matthew P. Wear, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn states:

## COUNT 1

### *(Unlawful Possession of a Firearm)*

On or about October 20, 2017, at Kent, within the Western District of Washington, OMAR ABDULLAH, having been convicted of the following crime punishable by imprisonment for a term exceeding one year, to wit:

*Robbery in the Second Degree,* under cause number 15-1-00464-2, in King County Superior Court, on or about June 26, 2015;

COMPLAINT – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that

2  is, a Masterpiece Arms 9mm semi-automatic pistol, with serial number F2670, that had

3  been shipped and transported in interstate and foreign commerce.

4  All in violation of Title 18, United States Code, Section 922(g)(1).

5  ### COUNT 2

6  *(Unlawful Possession of a Firearm)*

7  On or about October 20, 2017, at Kent, within the Western District of Washington,

8  ABDIRASHID HARET, having been convicted of the following crimes punishable by

9  imprisonment for a term exceeding one year, to wit:

10  *Assault in the Second Degree* and *Assault in the Third Degree,* under cause
number 15-8-01160-1, in King County Superior Court, Juvenile Division,
11  on or about January 27, 2016;

12  did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that

13  is, a Smith & Wesson model M&P 40, .40 caliber semi-automatic pistol, with serial

14  number NAS1122, that had been shipped and transported in interstate and foreign

15  commerce.

16  All in violation of Title 18, United States Code, Section 922(g)(1).

17  And the complainant further states:

18  ### INTRODUCTION

19  I, Special Agent Matthew P. Wear, am a duly sworn member of the Bureau of

20  Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since

21  February 2005. I am currently assigned to the Seattle Group V, located in the Seattle,

22  Washington Field Division. Seattle Group V is responsible for investigating federal

23  firearm violations and combatting violent crime, including gang activity. As an ATF

24  Special Agent, I have successfully completed the Criminal Investigations Training

25  Program (CITP) and the ATF National Academy Special Agent Basic Training (SABT)

26  at the Federal Law Enforcement Training Center. As a result of my training and

27  experience as a Special Agent for ATF, I am familiar with the federal firearms and

28  narcotics statutes. During the course of my career, I have conducted and/or participated

COMPLAINT – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  in multiple investigations involving federal firearms, narcotics, and RICO violations. I

2  have debriefed defendants facing firearms and narcotics charges about theirs and other

3  violators' criminal activities. I have received advanced training in the investigation of

4  firearms offenses and I have written, participated in, and have knowledge of the

5  execution of search and arrest warrants for numerous firearms, narcotics, and RICO

6  violations.

7      The facts in this affidavit come from my training and experience, and information

8  obtained from other agents, detectives, analysts, and witnesses. The information

9  outlined below is provided for the limited purpose of establishing probable cause and

10  does not contain all details or all facts of which I am aware related to this investigation.

## STATEMENT OF PROBABLE CAUSE

12      On October 20, 2017, a confidential informant ("CI")[1] working for the ATF came

13  into contact with Abdirashid Haret at a 7-11 store in SeaTac, Washington. Haret

14  informed the CI that he had firearms he was looking to sell. Haret stated he had recently

15  stolen the firearms from a police officer's residence. Haret showed the CI one of the

16  firearms he was trying to sell (a pistol) and the CI took a photograph of the gun with his

17  smartphone. After parting ways with Haret, the CI electronically sent a copy of the

18  photograph to his ATF handlers.

19      ATF agents instructed the CI to reestablish contact with Haret and arrange to

20  purchase the firearms. The CI contacted Haret via telephone and Haret agreed to meet

21  the CI in order to sell the firearms. They agreed to meet later that afternoon in the

22  parking lot of the Lowe's Home Improvement store at 24050 Pacific Highway S., in

23  Kent, Washington.

24

25

26

27  [1] The CI referenced herein is currently working for ATF in exchange for monetary compensation. The CI is not receiving any other benefits for his performance as a CI. The CI's criminal history consists of convictions for the federal offense of Unlawful Transport of Firearms in 2008, and the Illinois State offense of Aggravated

28  Battery/Great Bodily Harm in 1998. The CI has worked with ATF on prior investigations and has consistently proven reliable.

COMPLAINT – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

An ATF Special Agent working in an undercover capacity (hereinafter the "UC") accompanied the CI to the Lowe's parking lot. The UC and CI arrived at the Lowe's in an undercover vehicle. At approximately 4:53 p.m., Haret arrived at the Lowe's, accompanied by Omar Abdullah. They arrived in a grey Dodge Charger, with Abdullah driving and Haret sitting in the front passenger seat.

The UC and CI exited their vehicle, walked over to the Dodge Charger, and entered the back seats of the Charger. The UC sat behind the driver (Abdullah) and the CI sat behind the passenger (Haret). The UC was in possession of a recording device and consensually recorded the interactions with the defendants.

Instead of selling the firearms to the UC and CI, both Abdullah and Haret brandished firearms and demanded money from the UC and CI. The UC and CI complied and provided the defendants with all of the cash they possessed. At that point, the UC and/or the CI stated they had additional money in their vehicle, and the UC exited the Dodge Charger ostensibly to retrieve the money. Shortly thereafter, the UC drew his firearm and discharged several rounds into the Dodge Charger. Abdullah was hit by several bullets, received medical attention at the scene, and was transported to Harborview Medical Center, where he remains at the present time.

Haret fled on foot from the Dodge Charger. ATF special agents who were conducting surveillance of the transaction observed Haret running and holding a handgun in one of his hands. The agents saw Haret throw the firearm to the ground just prior to reaching Pacific Highway, which runs along the west side of the Lowe's parking lot. Haret then attempted to run across Pacific Highway, but he was hit by an uninvolved vehicle and sustained minor injuries. Haret was taken into custody at that time and transported to the Valley Medical Center for treatment. He was cleared by medical staff later that night and was booked into the King County Jail.

At some point following his arrest, Haret was read *Miranda* rights. Haret subsequently spoke with agents while he was at the hospital. The interview was recorded by the agents, and was interrupted to allow Haret to receive medical attention.

COMPLAINT – 4

1  Haret admitted that, prior to the meeting at Lowe's, he and Abdullah (who he referred to
2  as his "cousin") had discussed robbing money from the UC and the CI during the
3  firearms transaction.  Haret stated he was in possession of a firearm that he described as
4  an "MP 40," and Abdullah possessed a firearm that he described as a "tech," a common
5  slang term for a "Tech 9" style firearm.  Haret further stated that after the UC and CI
6  entered the rear seats of the Dodge Charger, both he and Abudullah brandished their
7  firearms and demanded money.  According to Haret, Abdullah was the first one to
8  brandish a firearm in the car, and Haret did so thereafter.
9        Law enforcement officers recovered the firearms that were possessed by both
10 Abdullah and Haret.  Immediately after they observed Haret slough the firearm near
11 Pacific Highway (as described above), ATF agents located the firearm on the ground
12 and stood near it until it was recovered by police officers processing the crime scene.
13 The firearm was identified as a Smith & Wesson model M&P 40, .40 caliber semi-
14 automatic pistol, with serial number NAS1122.
15       The firearm that Abdullah possessed was ultimately recovered from the Dodge
16 Charger.   The vehicle was impounded at the scene in anticipation of obtaining a search
17 warrant, which was thereafter issued by a King County Superior Court Judge.  The
18 warrant was executed on October 22, 2017.  One firearm was located in the vehicle,
19 lying on the front passenger side floorboard.  The firearm was identified as a
20 Masterpiece Arms 9mm semi-automatic pistol, with serial number F2670.  Although this
21 is not technically a "Tech 9" firearm, it has a similar shape and style to a Tech 9 firearm.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

COMPLAINT – 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I have reviewed court records from the King County Superior Court, and therefore am aware that the defendants have been convicted of the following felony offenses:

ABDULLAH: *Robbery in the Second Degree,* under cause number 15-1-00464-2, in King County Superior Court, on or about June 26, 2015.

HARET: *Assault in the Second Degree* and *Assault in the Third Degree,* under cause number 15-8-01160-1, in King County Superior Court, Juvenile Division, on or about January 27, 2016.

ATF Special Agent David Roberts, an agent who is an expert at conducting interstate nexus reviews, has determined that the firearms referenced in Counts 1 and 2 were both manufactured outside of the State of Washington, and therefore had traveled in interstate and/or foreign commerce.

**CONCLUSION**

Based upon the foregoing and my training and experience, I respectfully submit there is probable cause to believe that OMAR ABDULLAH and ABDIRASHID HARET committed the offenses set forth above in this Complaint.

Matthew P. Wear
Special Agent, ATF

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence this 23rd day of October 2017, the Court hereby finds that there is probable cause to believe the defendants committed the offenses set forth in the Complaint.

James P. Donohue
United States Magistrate Judge

COMPLAINT - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE5220
SEATTLE, WASHINGTON 98101
(206) 553-7970